UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

BRENDA ENNIS et al., )
)
    Plaintiffs, )
)
v. ) Case No.  CV416-096
)
BOASSO AMERICA CORPORATION et al., )
)
    Defendants. )

## O R D E R

The Court having reviewed and considered the petitions of Loren J. Beer and Leanne C. Mehrman of the law firm of Ford & Harrison LLP, 271 17th Street, N.W., Suite 1900, Atlanta, Georgia 30363, for permission to appear pro hac vice on behalf of defendant Boasso America Corporation, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Loren J. Beer and Leanne C. Mehrman as counsel of record for defendant Boasso America Corporation, in this case.

**SO ORDERED** this __7th__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA