# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRENDA ENNIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-096 |
| ) | |
| BOASSO AMERICA CORPORATION et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petition of Eric M. Schultz of the law firm of Cruser & Mitchell, LLP, Meridian II, Suite 2000, 275 Scientific Drive, Norcross, Georgia 30092, for permission to appear pro hac vice on behalf of defendant Donovan Daughdrill, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Eric M. Schultz as counsel of record for defendant Donovan Daughdrill, in this case.

**SO ORDERED** this __8th__ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA