IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRENDA ENNIS and TRACEY )
MULLIGAN, )
 )
    Plaintiffs, )
 )  CASE NO. CV416-096
v. )
 )
BOASSO AMERICA CORPORATION and )
DONOVAN DAUGHDRILL, )
 )
    Defendants. )
 )

### O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of October 2016.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA